UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DECKERS OUTDOOR CORP.,

                              Plaintiff,

       -v-

WHOLESALE IN MOTION GROUP INC., *et al.*,

                            Defendants.

23 Civ. 4912 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

The parties have filed a stipulation to vacate entry of default against defendant Wholesale In Motion Group Inc. ("Wholesale"). Dkt. 17. The Court, finding good cause under Rule 55, vacates Wholesale's default, and extends its time to answer to October 16, 2023.

SO ORDERED.

Dated: October 2, 2023
New York, New York

                                                     Paul A. Engelmayer
                                                     United States District Judge