UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DECKERS OUTDOOR CORPORATION,

                                Plaintiff,

-v-

WHOLESALE IN MOTION GROUP, INC., and DOES 1-10,

                                Defendants.

23 Civ. 4912 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

       Due to a scheduling conflict, the initial pretrial conference in this case is rescheduled to Thursday, November 9, at 3:45 p.m. The dial-in information remains as stated in the Court's earlier order. Dkt. 20.

       SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: November 7, 2023
New York, New York