*Law offices of Morris Fateha*

911 Avenue U
Brooklyn, NY 11223
Phone: (718) 627-4600
Fax: (718) 627-4601
Email: morrisfateha@gmail.com
Website: www.morrisfatehalaw.com

January 16, 2024

**VIA ECF**
Honorable Judge Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

      Re: Deckers Outdoor Corporation v. Wholesale in Motion Group, Inc.
        Case No. 1:23-cv-0491

Dear Honorable Judge Engelmayer:

      This office represents Defendant Wholesale in Motion Group, Inc. (the "Defendant") in this matter. I write this letter in response to the letter by Plaintiff Deckers Outdoor Corporation (the "Deckers") regarding the Defendant's failure to provide the requested responses to discovery.

      As evidenced by the response document annexed hereto as Exhibit A, all outstanding documentary discovery were provided to Plaintiff's counsel on January 11, 2024 and the responses to interrogatories were provided on January 16, 2024 as evidenced by the document annexed hereto as Exhibit B. At this point, any missing documents have been received by the Plaintiff, and we had a conference on January 16, 2024 regarding the discovery issues which should be resolved upon Plaintiff's review of the responses.

      Thank you in advance for your courtesies and cooperation. Should you require any further information, do not hesitate to contact me at your convenience.

                                        Respectfully submitted,

                                        /S/

                                        Morris Fateha, Esq.

The Court appreciates defendant's acknowledgment of responsibility for these lapses and expects that they will not recur. The Court denies plaintiff's motion to compel without prejudice to renewal should defendant again fail to comply with its discovery obligations. The Court expects counsel to work together collegially to complete the discovery process in this case. SO ORDERED.

Dated: January 17, 2024
      New York, New York

                                      PAUL A. ENGELMAYER
                                    United States District Judge