UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DECKERS OUTDOOR CORPORATION,

                            Plaintiff,

-v-

WHOLESALE IN MOTION GROUP, INC., *et al.*,

                            Defendants.

23 Civ. 4912 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On March 1, 2024, the Court ordered defendant Wholesale In Motion Group ("Wholesale") to file a response by March 6, 2024 to plaintiff's letter informing the Court that Wholesale had failed to conform to its discovery obligations. Dkt. 72; *see also* Dkt. 71 (January 29, 2024 letter from plaintiff). To date, no such response has been filed. This is now the second occasion upon which the Court has had to remind Wholesale of its obligation timely to answer plaintiff's reasonable discovery requests. *See* Dkt. 52 (January 17, 2024 order denying plaintiff's earlier motion to compel).

The Court will give Wholesale one final chance to respond to plaintiff's letter. Wholesale must file a response by March 12, 2024. If Wholesale again fails to respond, the Court will consider forthwith a motion to compel from plaintiff, and with it a motion for appropriate sanctions, including attorneys' fees.

SO ORDERED.

                                                            *Paul A. Engelmayer*
                                                            PAUL A. ENGELMAYER
                                                           United States District Judge

Dated: March 8, 2024
       New York, New York