UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DECKERS OUTDOOR CORPORATION,

          Plaintiff,

-v-

WHOLESALE IN MOTION GROUP, INC., PW SHOES, INC., and GOLDEN ROAD (USA) TRADING CORP.,

          Defendants.

CIVIL ACTION NO.: 23 Civ. 4912 (PAE) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Attorney Morris Fateha's affirmation at ECF No. 80 RESOVLES the Court's March 12, 2024 Order to Show Cause (ECF No. 77).  The parties shall promptly meet and confer and, by **March 25, 2024**, file a joint letter proposing three (3) dates for a settlement conference with the Court.

Dated:    New York, New York
          March 18, 2024

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**